**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-00172-LTB

TROY R. ARRINGTON, II,

      Plaintiff,

v.

BORN-N-RAISED, INC., and
TIMOTHY R. CHAVEZ,

      Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Unopposed Motion for Order that Plaintiff's Counsel be Permitted to Appear at June 29, 2012 Scheduling Conference by Phone (Doc 8 - filed May 10, 2012) is **GRANTED**. Counsel is directed to contact chambers (303-844-2527) prior to the June 29, 2012 scheduling conference to inform the Court of a land line where counsel may be contacted.

      The Motion to Withdraw (Doc 9 - filed May 14, 2012) is **GRANTED**. Hugh D. Wise, III, is allowed to withdraw as counsel for Defendants herein. Defendants will continue to be represented by Bradley Ross-Shannon.

Dated: May 24, 2012
_____