IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00172-LTB-KLM

TROY R. ARRINGTON, II,

    Plaintiff,

v.

BORN-N-RAISED, INC., and
TIMOTHY R. CHAVEZ,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Compel** [Docket No. 19; Filed August 17, 2012] (the "Motion"). Plaintiff seeks responses on written discovery propounded on Defendants on July 2, 2012. However, the Court previously entered a Minute Order [#15] mandating that "neither party shall file a contested discovery motion until after complying with the steps for following the Magistrate Judge's discovery dispute procedure." Plaintiff has not followed the steps as outlined in that Minute Order [#15]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#19] is **DENIED without prejudice**.

    Dated:  August 20, 2012