IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 12-cv-00172-LTB-KLM

TROY R. ARRINGTON, II,

    Plaintiff,

v.

BORN-N-RAISED, INC., and TIMOTHY R. CHAVEZ,

    Defendants.

_____

### ORDER
_____

Upon Plaintiff's Response to Motion for Summary Judgment Filed by Defendant Born-N-Raised, Inc. (Doc 35), and being fully advised in the premises, it is

ORDERED that Defendant Born N' Raised Inc.'s Motion for Summary Judgment (Doc 18) is **GRANTED** and judgment shall entered for Defendant Born N' Raised Inc. and against Plaintiff herein.

This matter shall proceed between Plaintiff and Defendant Timothy R. Chavez only.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, JUDGE

DATED: October 22, 2012