IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00172-LTB-KLM

TROY R. ARRINGTON, II,

    Plaintiff,

v.

TIMOTHY R. CHAVEZ,

    Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Amendment to Scheduling Order** [Docket No. 46; Filed November 21, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#46] is **GRANTED**. The Scheduling Order entered on June 29, 2012 [#13] is modified to extend the following deadlines:

| | |
|---|---|
| • Plaintiff's Expert Disclosures Deadline | **February 4, 2013** |
| • Defendant's Expert Disclosures Deadline | **February 18, 2013** |
| • Discovery Deadline | **February 28, 2013** |
| • Dispositive Motions Deadline | **March 29, 2013** |

Dated: November 26, 2012