IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00172-LTB-KLM

TROY R. ARRINGTON, II,

    Plaintiff,

v.

TIMOTHY R. CHAVEZ,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order** [Docket No. 70; Filed February 15, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#70] is **GRANTED in part and DENIED in part**, as follows.  The Motion is **granted** to the extent that the Scheduling Order entered on June 29, 2012 [#13], as amended on November 26, 2012 [#49] and January 4, 2013 [#57], is further modified to extend the following deadlines:

| | |
|---|---|
| • Plaintiff's Expert Disclosures | **April 18, 2013** |
| • Defendant's Expert Disclosures | **April 30, 2013** |
| • Rebuttal Expert Disclosures | **May 7, 2013** |
| • Discovery Deadline | **May 15, 2013** |
| • Dispositive Motions Deadline | **May 15, 2013** |

    The Motion is **denied** as to setting a settlement conference on May 16, 2013, as the Court is unavailable on that date.

    Dated:  February 20, 2013