IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 12-cv-00172-LTB-KLM

TROY R. ARRINGTON, II,

    Plaintiff,

v.

TIMOTHY R. CHAVEZ,

    Defendant.

_____

ORDER
_____

    This case is before me on Defendant Born N' Raised's ("BNR") Motion for Attorney Fees [Doc # 42]. After consideration of the motion, all related pleadings, and the case file, I deny BNR's motion.

    By Order dated October 22, 2012, I granted BNR's Motion for Summary Judgment after Plaintiff conceded that he did not have sufficient evidence for a jury to hold BNR, a fishing outfitter owned and operated by Defendant Timothy R. Chavez ("Chavez"), liable for the underlying automobile accident involving Plaintiff and Chavez. BNR now seeks recovery of its attorney fees and costs pursuant to Fed. R. Civ. P. 54(d)(2), 28 U.S. C. § 1927, and C.R. S. § 13-17-101, *et. seq.,* on the basis that Plaintiff's claims against it were groundless and frivolous.

    BNR has failed to demonstrate that it is entitled to an award of attorney fees under the authority cited. Notably, Plaintiff has set forth sufficient facts to support a reasonable belief that BNR was a proper party in this case, and Plaintiff consented to the dismissal of BNR from this case when further investigation proved otherwise.

IT IS THEREFORE ORDERED that BNR's Motion for Attorney Fees [Doc # 42] is DENIED.

Dated: May __15__, 2013 in Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE