IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 12-cv-00172-LTB-KLM

TROY R. ARRINGTON, II,

    Plaintiff,

v.

TIMOTHY R. CHAVEZ,

    Defendant.

___

ORDER
___

    This case is before me on Defendant Born N' Raised's ("BNR") Motion for Approval of Defendant's Bill of Costs [Doc # 41] based on my Order dated October 22, 2012 granting BNR's Motion for Summary Judgment and dismissing BNR as a party in this case. As the prevailing party on Plaintiff's claims against it, BNR is entitled to an award of costs pursuant to Fed. R. Civ. P. 54(d)(1). Such costs shall be requested via the appropriate form and taxed by the clerk. *See* D.C.Colo.LCivR 54.1. *See also* 28 U.S.C. § 1920 (listing items taxable as costs).

    IT IS THEREFORE ORDERED that BNR's Motion for Approval of Defendants' Bill of Costs is GRANTED to the extent that BNR is entitled to costs as the prevailing party. The amount of costs awarded to BNR shall be determined by the court clerk.

Dated: May __15__, 2013 in Denver, Colorado.

                                        BY THE COURT:

                                        __s/Lewis T. Babcock__
                                        LEWIS T. BABCOCK, JUDGE