IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 12-cv-00172-LTB-KLM

TROY R. ARRINGTON, II,

    Plaintiff,

v.

TIMOTHY R. CHAVEZ,

    Defendant.

___

## ORDER
___

    A s further set forth on the record at the pretrial conference held on May 17, 2013, IT IS HEREBY ORDERED as follows:

    1. Motions in limine are due on or before June 21, 2013; responses to motions in limine are due on or before July 12, 2013; and replies to motions in limine are due on or before July 29, 2013;

    2. Plaintiff's motion for leave to file a motion for summary judgment out of time is due on or before May 24, 2013, and Defendant's response is due on or before June 7, 2013; and

    3. The trail set for July 8, 2013 is VACATED and shall be re-set at the appropriate time.

Dated: May   17  , 2013 in Denver, Colorado.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                          LEWIS T. BABCOCK, JUDGE