**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-00172-LTB-KLM

TROY R. ARRINGTON, II,

    Plaintiff,

v.

TIMOTHY R. CHAVEZ,

    Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion for Leave to File Reply to Response to Motion for Leave to File Dispositive Motion (Doc 91 - filed June 4, 2013) is **DENIED**.

Dated:  June 5, 2013
___