**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-00172-LTB-KLM

TROY R. ARRINGTON, II,

    Plaintiff,

v.

TIMOTHY R. CHAVEZ,

    Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    After reviewing Defendant's Response to Plaintiff's Motion for Leave to Supplement His Motion in Limine (Doc 126 - filed July 26, 2013), it is ordered that Plaintiff's Motion for Leave to Supplement His Motion in Limine (Doc 109 - filed July 11, 2013) is **GRANTED**. Plaintiff may file a supplemental brief regarding the Motion in Limine re: Herb Newbold, P.E. on or before **August 9, 2013**.  Defendant may file a response to the supplemental brief on or before **August 30, 2013**.

Dated:   July 30, 2013

---