IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 12-cv-00172-LTB-KLM

TROY R. ARRINGTON, II,

    Plaintiff,

v.

BORN-N-RAISED, INC., and TIMOTHY R. CHAVEZ,

    Defendants.

___

ORDER
___

    Pursuant to my Order dated May 17, 2013, the parties have filed nine motions in limine. Two of these motions relate to proposed expert testimony (*see* Doc #s 97 & 105) and will be addressed separately. With respect to the remaining motions in limine, IT IS HEREBY ORDERED as follows:

    1. Plaintiff's Motion for Sanctions for Spoliation of Evidence [ Doc # 98] is DENIED;

    2. Defendant's Motion in Limine re: Traffic Citation, Criminal Proceedings, and Investigating Officer's Opinions [Doc # 99] is GRANTED;

    3. Defendant's Motion in Limine re: Insurance [Doc # 100] is DENIED WITHOUT PREJUDICE;

    4. Defendant's Motion in Limine re: Workers' Compensation Impairment Rating [Doc # 101] is GRANTED;

    5. Defendant's Motion in Limine re: Defendant's Opinions [Doc # 102] is DENIED WITHOUT PREJUDICE;

6. Defendant's Motion in Limine re: Unreliable Claim Note [ Doc # 103] is DENIED but the Court will give an appropriate limiting instruction regarding the fact that Defendant has insurance; and

7. Defendant's Motion in Limine re: Plaintiff's Social Security Disability [ Doc # 104] is GRANTED.

Dated: November __1__, 2013 in Denver, Colorado.

                                            BY THE COURT:

                                            s/Lewis T. Babcock
                                            LEWIS T. BABCOCK, JUDGE