IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 12-cv-00172-LTB-KLM

TROY R. ARRINGTON, II,

    Plaintiff,

v.

BORN-N-RAISED, INC., and TIMOTHY R. CHAVEZ,

    Defendants.

_____

ORDER
_____

    Upon Plaintiff's Motion for Reconsideration Regarding Testimony of Miranda and Watson (Doc 149 - filed November 29, 2013), it is

    ORDERED that the Motion is DENIED.

                                BY THE COURT:

                                    s/Lewis T. Babcock
                                    LEWIS T. BABCOCK, JUDGE

DATED: December 2, 2013