IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

---

| Courtroom Deputy: Emily Seamon | Date: March 10, 2014 |
|---|---|
| Court Reporter:    Mary George | |

---

Civil Case No. 12-cv-00172-LTB-KLM             <u>Counsel:</u>

TROY R. ARRINGTON, II,                                  J. Michael Considine

   Plaintiff,

v.

TIMOTHY R. CHAVEZ,                                     Bradley Ross-Shannon

   Defendant.

---

COURTROOM MINUTES

---

HEARING - MOTION IN LIMINE

9:31 a.m.       Court in Session.

Discussion between the Court and counsel regarding Plaintiff's Motion in Limine with Memorandum of Law [Doc. No. 97] and Supplement to Plaintiff's Motion in Limine with Memorandum of Law [Doc. No. 140].

9:32 a.m.       Argument by Mr. Considine.

10:00 a.m.      Response by Mr. Ross-Shannon.

10:21 a.m.      Reply by Mr. Considine.

10:32 a.m.      Court in Recess.
10:43 a.m.      Court in Session.

Court's findings of fact and conclusions of law.

**ORDERED**: Plaintiff's Motion in Limine with Memorandum of Law [Doc. No. 97, filed

        June 21, 2013] and the Supplement to Plaintiff's Motion in Limine with Memorandum of Law [Doc. No. 140, filed August 9, 2013] are GRANTED AS CONFESSED with respect to the crash test videos, and DENIED in all other respects.

Counsel raise an issue with the Court regarding the deposition of Julie Barnes-Romero set for March 13, 2014.

**ORDERED**: Plaintiff shall respond to Defendant's Motion to Strike Plaintiff's Untimely Disclosures Pursuant to Fed. R. Civ. P. 37(c) [Doc. No. 155] on or before **March 31, 2014**. Defendant shall have 14 days from the filing of Plaintiff's response to file a reply.

**ORDERED**: The deposition of Julie Barnes-Romero set for March 13, 2014 shall not proceed until a ruling is made on Defendant's Motion to Strike.

10:55 a.m.    Court in Recess.
Hearing concluded.
Time: 1:13

2