IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 12-cv-00172-LTB-KLM

TROY R. ARRINGTON, II,

    Plaintiff,

v.

BORN-N-RAISED, INC., and TIMOTHY R. CHAVEZ,

    Defendants.

_____

ORDER
_____

As further set forth on the record at the hearing held on March 10, 2014, IT IS HEREBY ORDERED as follows:

    1.  Plaintiff's Motion in Limine [Doc # 97], regarding the opinions of Defendant's expert, Herbert Newbold, P.E. Plaintiff's Motion, as supplemented (*see* Doc #140), is GRANTED AS CONFESSED with respect to the National Highway Traffic Safety Administration's ("NHTSA") crash test videos;

    2.  Plaintiff's Motion in Limine is DENIED in all other respects;

    3.  Plaintiff's response to Defendant's Motion to Strike Plaintiff's Untimely Disclosures Pursuant to Fed. R. Civ. P. 37(c) [Doc # 155] is due on or before March 31, 2014; and Defendant's reply to the Motion is due 14 days after the filing of Plaintiff's response; and

    4.  The deposition of Julie Barnes-Romero shall not proceed until a ruling is made on Defendant's Motion to Strike.

Dated: March __10__, 2014, in Denver, Colorado.

                            BY THE COURT:

                            _____  s/Lewis T. Babcock_____
                            LEWIS T. BABCOCK, JUDGE