IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 12-cv-00172-LTB-KLM

TROY R. ARRINGTON, II,

    Plaintiff,

v.

TIMOTHY R. CHAVEZ,

    Defendant.

---

SUPPLEMENTAL ORDER OF REFERENCE TO MAGISTRATE JUDGE

---

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge **Michael E. Hegarty** is designated to conduct proceedings in this civil action as follows:

(X)    To convene such a settlement conferences and direct related procedures as may facilitate resolution of this case without the necessity of a motion or prior authorization of the undersigned judge.

BY THE COURT:

    s/Lewis T. Babcock
    LEWIS T. BABCOCK, JUDGE

DATED: March 12, 2014