IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 12-cv-00172-LTB-KLM

TROY R. ARRINGTON, II,

    Plaintiff,

v.

TIMOTHY R. CHAVEZ,

    Defendant.

---

### ORDER

---

    Upon review of this matter, it is

    ORDERED that the parties are directed to contact Magistrate Judge Michael E. Hegarty, pursuant to the Supplemental Order of Reference entered by this Court this date, to schedule a settlement conference where all parties are to be present in person.

                                BY THE COURT:

                                s/Lewis T. Babcock
                                LEWIS T. BABCOCK, JUDGE

DATED: March 12, 2014