IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00172-LTB-KLM

TROY R. ARRINGTON, II,

    Plaintiff,

v.

TIMOTHY R. CHAVEZ,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Determine Sufficiency of Objections to Requests for Admissions and to Establish That Documents Provided By a Party in Discovery Are Admissions and Are Self-Authenticating** [#161] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#161] is **DENIED**. Discovery requests cannot be served after the discovery deadline, which occurred in this matter on May 15, 2013.[1] Plaintiff has not sought an extension of the discovery deadline. Thus, Plaintiff's Requests for Admissions are untimely and Defendant need not respond. If Plaintiff is seeking stipulations of facts for trial, he should have addressed these with Defendant in the process of preparing the Final Pretrial Order.[2] To the extent that Plaintiff seeks an order establishing that documents provided by Defendant are self-authenticating, the Court notes that documents are only self-authenticating as provided by Fed. R. Evid. 902. If Plaintiff is seeking stipulations of authenticity of certain documents, he should also have addressed these with Defendant in the process of preparing the Final Pretrial Order.

    IT IS FURTHER **ORDERED** that Plaintiff's request for attorney's fees and costs is **DENIED**.

    Dated: April 2, 2014

---

[1] The discovery deadline was extended twice beyond May 15, 2013 for matters unrelated to written discovery.

[2] The Pretrial Conference was held before Senior Judge Babcock on May 17, 2013. [#81].