IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.   12-cv-00172-LTB-KLM**           **FTR – Courtroom A501**
**Date:**   May 14, 2014                             Cathy Pearson, Courtroom Deputy

TROY R. ARRINGTON, II,                               J. Michael Considine

     Plaintiff,

v.

TIMOTHY R. CHAVEZ,                                   Bradley Ross-Shannon

     Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**   10:40 a.m.

The Court calls case.   Appearances of counsel.

Discussion held regarding setting a Settlement Conference and Plaintiff's Motion for Phone Conference Regarding Settlement Conference and Records Custodian Deposition Dates (Doc. 175, filed 5/13/14).   Mr. Ross-Shannon states that he would like to file a written response to Plaintiff's motion.

**ORDERED:**   1.   A Settlement Conference is set for **June 19, 2014, at 9:00 a.m.** (Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.  **One week prior to the conference,** each party shall prepare and submit **two** settlement documents: one to be submitted to the other party or parties, and the other to be submitted by email only to the Magistrate Judge.   The documents which are presented to opposing counsel shall contain an overview of the case from the presenter's point of view, shall summarize the evidence which support that side's claims and may present a demand or offer.   These documents should be intended to persuade the clients and counsel on the other side.   In addition, the parties should address the approximate value of the case.)

      2.      Plaintiff's Motion for Phone Conference Regarding Settlement Conference and Records Custodian Deposition Dates (Doc. 175, filed 5/13/14) is GRANTED in part and TAKEN UNDER ADVISEMENT in part. The motion is granted to the extent that it requests a telephone conference, which was held today, for the purpose of setting a settlement conference. The motion is taken under advisement to allow Mr. Ross-Shannon an opportunity to file a written response to the portion of the motion requesting deposition dates for authentication of records.

**Court in recess:**    10:47 a.m.    (Hearing concluded)
Total time in court:    0:07

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.