IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 12-cv-00172-LTB-KLM

TROY R. ARRINGTON, II,

    Plaintiff,

v.

TIMOTHY R. CHAVEZ,

    Defendant.

_____

ORDER
_____

    Upon Plaintiff's Motion for Reconsideration Regarding Testimony of Julie Barnes Romero (Doc 179 - filed May 19, 2014), it is

    ORDERED that the Motion for Reconsideration is DENIED.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, JUDGE

DATED: May 20, 2014