IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix

| | |
|---|---|
| Civil Action No.: 12-cv-00172-LTB-KLM | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| Date:  June 26, 2014 | Courtroom Deputy, Laura Galera |

| | |
|---|---|
| TROY ARRINGTON, II, | J. Michael Considine, Jr. (By phone) |
| Plaintiff, | |
| v. | |
| TIMOTHY R. CHAVEZ, | Bradley Ross-Shannon |
| Defendant. | |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING:   FINAL PRETRIAL CONFERENCE**
**Court in session:   11:35 a.m.**
Court calls case. Appearance of counsel.

Discussion is held regarding the proposed Final Pretrial Order.

**ORDERED:** The proposed Final Pretrial Order which was submitted to the court is approved with interlineations and made an order of the court.

**ORDERED:** Parties are instructed to file amended witness lists identifying will call and may call witnesses **no later than July 10, 2014.**

**ORDERED:** Motion for Phone Conference Regarding Settlement Conference and Records Custodian Deposition Dates #[175] is WITHDRAWN.

**ORDERED:** Motion for Conference on Discovery Dispute #[182] is WITHDRAWN. Counsel are instructed to contact the Court **no later than July 10, 2014** to schedule a hearing if an agreement is not reached with respect to the remaining exhibits.

HEARING CONCLUDED.
**Court in recess:     11:44 a.m.**
Time In Court:        00:09

To order a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.