IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 12-cv-00172-LTB-KLM

TROY R. ARRINGTON, II,

    Plaintiff,

v.

TIMOTHY R. CHAVEZ,

    Defendants.

_____

## ORDER
_____

As further set forth on the record at the hearing held on October 21, 2014, IT IS HEREBY ORDERED as follows:

1. Trial in this case shall be bifurcated with the issue of liability including the allocation of fault to be determined first.

2. The first phase of the trial is scheduled for up to 4 days commencing December 15, 2014 at 9:00 a.m.

3. If necessary, the second phase of the trial on the issue of damages shall be scheduled after the conclusion of the liability phase.

4. A final trial preparation conference is scheduled for December 5, 2014 at 9:00 a.m.; and

5. The parties shall file amended witness and exhibit lists; proposed voir dire questions; proposed jury instructions; and a trial memorandum on any evidentiary issues that may arise on or before December 1, 2014.

Dated: October __21__, 2014 in Denver, Colorado.

                                                BY THE COURT:

                                                ___s/Lewis T. Babcock_____
                                                LEWIS T. BABCOCK, JUDGE