IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 12-cv-00172-LTB-KLM

TROY R. ARRINGTON, II,

    Plaintiff,

v.

TIMOTHY R. CHAVEZ,

    Defendants.

___

## ORDER

___

    As further set forth on the record at the hearing held on December 5, 2014, IT IS HEREBY ORDERED as follows:

    1. The parties shall file hard copies of deposition testimony to be presented at trial with the parties' designations and objections highlighted on or before Wednesday, December 10, 2014;

    2. Counsel for the parties shall appear in court at 8:30 a.m. on Monday, December 15, 2014, with revised exhibit lists reflecting any stipulations; and

    3. The parties shall exchange hard copies of trial exhibits and shall file the original exhibits plus two copies with the Court on or before Wednesday, December 10, 2014.

Dated: December __5__, 2014 in Denver, Colorado.

                                                        BY THE COURT:

                                                         s/Lewis T. Babcock
                                                         LEWIS T. BABCOCK, JUDGE