IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 12-cv-00172-LTB-KLM

TROY R. ARRINGTON, II,

    Plaintiff,

v.

TIMOTHY R. CHAVEZ,

    Defendant.

_____

## FINAL JUDGMENT
_____

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Orders and Jury Verdict entered during the course of proceedings in this case, the following FINAL JUDGMENT is hereby entered.

This matter was tried on December 15, 2014 through December 17, 2014, before a duly sworn jury of nine, Judge Lewis T. Babcock presiding. The trial proceeded to conclusion and the jury rendered its Special Verdict Form as follows:

We, the jury, present our answers to the questions submitted by the Court, to which we have all agreed.

    1.    Was the Defendant, Timothy R. Chavez, negligent? (Yes or No).

        Answer:  __No__

We, the jury having answered the above question "no," find the issues for the Defendant, Timothy R. Chavez.

Do not answer the following questions if your answer was "no." Instead, please skip the following questions and sign as indicated below. If you have answered "Yes,"

above, please also answer the following questions:

    2.    Was the Plaintiff, Troy R. Arrington, II, negligent? (Yes or No).

        Answer: ____

    3.    Taking as 100% the combined negligence of the Defendant and the Plaintiff, what percentage of the negligence was the Defendant's and what percentage was the Plaintiff's?

Percentage charged to Defendant, Timothy R. Chavez: ____%

Percentage charged to Plaintiff, Troy R. Arrington, II: ____%

                              MUST TOTAL: 100%

ACCORDINGLY, IT IS ORDERED that, pursuant to Fed. R. Civ. P. 58(a), final judgment is hereby entered in favor of Defendant, Timothy R. Chavez, and against Plaintiff, Troy R. Arrington, II. It is

FURTHER ORDERED that plaintiff's Complaint and this civil action are DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that Defendant, Timothy R. Chavez, shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 58(a) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this  19th  day of December, 2014.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                s/E. Buchanan
                E. Buchanan, Deputy Clerk